# UNITED STATES DISTRICT COURT
## District of Minnesota

Maria Hanft

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.

Case Number: 20-cv-2201-WMW-ECW

Alltran Financial, LP

Defendant(s).

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the above matter is **DISMISSED WITH PREJUDICE** and without costs or disbursements awarded to any party.

Date: 5/10/2021

KATE M. FOGARTY, CLERK